# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**TORIANO-JAMES HERVEY HOPES AKWESI:OBASHANGO-EL**

**v.**                    **4:12-CV-00042-BRW**

USA, a De Facto Corporation

**ARKANSAS, STATE OF,**
a De Facto Corporation

## ORDER

Pending is Plaintiff's Motion for Reconsideration (Doc. No. 5).  After careful consideration, Plaintiff's Motion is DENIED.

IT IS SO ORDERED this 15th  day of February, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE